IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

OSWALD NEWBOLD II,

    Petitioner,

v.                                            CASE NO. 4:12-cv-307-WS-GRJ

SECRETARY, DEPT.
OF CORRECTIONS,

    Respondent.

_____/

**O R D E R**

    This matter is before the Court on Doc. 12, Respondent's motion for extension of time to answer; Doc. 13, Respondent' answer to the habeas petition; and Doc. 14, the Attorney General's motion to withdraw as counsel for Respondent. Counsel for Department of Corrections, Beverly Bartlett Brewster, timely responded to the habeas petition, prompting counsel for the Attorney General's Office to move to withdraw, as DOC counsel typically handles 2254 petitions related to terms of a prisoner's confinement. (Doc. 14.) Upon due consideration, it is **ORDERED AND ADJUDGED:**

    1. Respondent's motion for extension of time (Doc. 12) is **DENIED AS MOOT.** Petitioner is advised that his **October 24, 2012** to file a reply is still in effect.

    2. The Attorney General's motion to withdraw as counsel for Respondent (Doc. 14), filed by attorney Joshua R. Heller, is **GRANTED**. Ms. Brewster will continue representation of Respondent. Mr. Heller and the Attorney General's Office are relieved of further responsibility for representing Respondent. The Clerk is directed to make the appropriate change on the docket.

    **DONE AND ORDERED** this 25th day of September 2012.

                                        *s/ Gary R. Jones*
                                        GARY R. JONES
                                        United States Magistrate Judge