IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

OSWALD NEWBOLD, II,

    Petitioner,

v.                                                                        4:12cv307-WS

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

    Respondent.

_____

ORDER DENYING PETITIONER'S PETITION
FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation docketed May 15, 2015.  See Doc. 25.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be DENIED.  The petitioner has filed objections (doc. 26) to the magistrate judge's report and recommendation.

Petitioner Newbold brings this habeas petition pursuant to 28 U.S.C. § 2254, challenging the execution of his state court sentence.  Specifically, he alleges that the Florida Department of Corrections violated his federal constitutional rights by miscalculating his release date, keeping him in prison for a period longer than that

imposed by the state court. That claim was decided—on the merits—adversely to the petitioner by the state circuit and appellate courts.

Under § 2254(d), a federal court may not grant habeas relief on claims that were previously adjudicated in state court *on the merits* unless the state court's adjudication resulted in a decision that was contrary to, or involved an unreasonable application of, clearly established Supreme Court holdings or resulted in a decision that was based on an unreasonable determination of the facts in light of the evidence presented in the state court proceedings. 28 U.S.C. § 2254(d)(1)-(2). Because Newbold has failed to show that the state court adjudication (1) was based on an unreasonable determination of the facts, or (2) resulted in a decision contrary to, or involved an unreasonable application of, clearly established federal law, the petitioner's § 2254 petition must be denied.

Accordingly, it is ORDERED:

1. The petitioner's petition for writ of habeas corpus (doc. 7) is DENIED.

2. The clerk shall enter judgment stating: "The petitioner's petition for writ of habeas corpus is DENIED."

3. A certificate of appealability is DENIED.

DONE AND ORDERED this __17th__ day of __June__, 2015.

                <u>s/ William Stafford</u>
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE